**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 12-1911**

———————

GLORIA TURNAGE,

              Plaintiff - Appellant,

       v.

MICHAEL J. ASTRUE, Commissioner, Social Security
Administration,

              Defendant - Appellee.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.   David Novak, Magistrate
Judge.  (3:11-cv-00785-DJN)

———————

Submitted:  October 11, 2012       Decided:  October 15, 2012

———————

Before KING, DUNCAN, and DIAZ, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Gloria Turnage, Appellant Pro Se.  Robin Perrin Meier, Assistant
United States Attorney, Richmond, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gloria Turnage appeals the magistrate judge's order affirming the denial of social security disability benefits.[*] We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the magistrate judge. Turnage v. Astrue, No. 3:11-cv-00785-DJN (E.D. Va. July 11, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] The parties consented to the exercise of jurisdiction by the magistrate judge, in accordance with 28 U.S.C. § 636(c) (2006).

2